**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**　　　　　　　　　　　　　　　　Case No. 06-cr-200-PB

<u>**Aja Vitti**</u>

<u>**O R D E R**</u>

    The defendant has moved to continue the December 5, 2006 trial in the above case, citing the need for additional time for defendant to complete the treatment program at Phoenix House in which she is currently enrolled and to engage in plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 5, 2006 to February 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 21, 2006 final pretrial conference is continued to January 17, 2007 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 21, 2006

cc: Robert J. Moses, Esq.
    Peter Papps, AUSA
    United States Probation
    United States Marshal