**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                        Case No. 06-cr-200-PB

<u>Aja Vitti</u>

<u>**O R D E R**</u>

    The defendant has moved to continue the February 6, 2007 trial in the above case, citing the need for additional time to negotiate a plea agreement. The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 6, 2007 to April 3, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

 The January 17, 2007 final pretrial conference is continued to March 22, 2007 at 4:00 p.m.

 SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

January 18, 2007

cc: Robert J. Moses, Esq.
    Peter Papps, AUSA
    United States Probation
    United States Marshal